USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- X

EVA PUCKETT, Individually and on Behalf ) No. 10 CIV 4920 (KMK) (PED)
of All Others Similarly Situated, )
) **ECF CASE**
Plaintiff, )
) **STIPULATION OF DISMISSAL**
-against- ) **WITHOUT PREJUDICE**
)
INTERNATIONAL BUSINESS MACHINES )
CORPORATION, )
)
Defendant. )
)

------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41, that this action is hereby dismissed without attorneys' fees or costs and without prejudice to the right of Named Plaintiff Eva Puckett and Opt-In Plaintiffs Harry C. Flair, Angela M. Green, Yolanda Brown, and Marla Armour to participate in the action entitled *Charles Seward v. International Business Machines Corporation*, No. 10 CIV 4920 (KMK) (PED).

Dated: October 26, 2010

Respectfully submitted,                          Respectfully submitted,

_____                        _____
Erik H. Langeland                                Matthew W. Lampe
elangeland@langelandlaw.com                      mwlampe@jonesday.com
ERIK H. LANGELAND, P.C.                          Craig S. Friedman
500 Fifth Avenue                                 csfriedman@jonesday.com
Suite 1610                                       JONES DAY
New York, New York 10110                         222 East 41st Street
(212) 354-6270                                   New York, New York 10017
                                                 (212) 326-3939
James B. Zouras
jzouras@stephanzouras.com
STEPHAN ZOURAS LLP
205 North Michigan Avenue

NYI-4314886v1

- 2 -

Suite 2560
Chicago, Illinois 60601
(312) 233-1550

Jon Tostrud
tostrud@yahoo.com
CUNEO GILBERT & LADUCA LLP
1901 Avenue of the Stars
2nd Floor
Los Angeles, California 90067
(310) 461-1620

IT IS SO ORDERED.

DATED: 10/27/10

Hon. Kenneth M. Karas
United States District Judge